UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLIN X BAINES,<br>　　　　　　Petitioner,<br><br>　　　v.<br><br>LOUIS S. FOLINO, WARDEN;<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA; and<br>THE CITY OF PHILADELPHIA,<br>　　　　　　Respondents. | :<br>:<br>:<br>:　No. 2:12-cv-05672<br>:<br>:<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 8th day of February, 2019, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Order dated November 17, 2017, ECF No. 54, is **AFFIRMED**. *See* ECF No. 56 (Notice of Appeal).

2. Baines's pending motions, which request, *inter alia*, that the stay be lifted, *see, e.g.* ECF Nos. 70-71, 76, 84, are **DENIED**.

3. This action is to remain **STAYED** pending completion of the state PCRA proceedings. *See Rhines v. Weber*, 544 U.S. 269, 277 (2005).

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

1